UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                    Case No. 6:26-cv-1134

ASSETS IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT

     Defendants.

_____/

[OWNER OF RECORD: CHRISTOPHER DELGADO, a married man]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was commenced on May 21, 2026, and is now pending in the United States District Court for the Middle District of Florida between the parties named in the above-referenced action.

The United States of America is seeking to forfeit certain real property located at **5271 Isleworth Country Club Drive, Windermere, Florida 34786**, being the same premises conveyed to Christopher Delgado, on September 5, 2025, and recorded on September 5, 2025, in Orange County, Document No. 20250518929, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> Lots 228 and 229, Isleworth, according to the map or plat thereof, as recorded in Plat Book 16, Pages 118 through 130, inclusive, of the Public Records of Orange County, Florida.

Property Identification Number: 16-23-28-3899-02280.

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A). Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:    s/Anita M. Cream
ANITA M. CREAM
Assistant United States Attorney
Florida Bar Number 56359
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: anita.cream@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

s/Anita M. Cream
ANITA M. CREAM
Assistant United States Attorney