# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

     **Plaintiff,**

**v.**                                                    **Case No. 6:26-cv-01134-CEM-DCI**

**ASSETS IDENTIFIED IN**
**PARAGRAPH ONE OF**
**VERIFIED COMPLAINT**

     **Defendants.**

## NOTICE OF LEAD COUNSEL DESIGNATION

The United States files this notice pursuant to Local Rule 2.02(a) and states that

the undersigned Assistant United States Attorney is lead counsel for the United States

in the above-captioned case.

Date: May 22, 2026                         Respectfully submitted,

                                         GREGORY W. KEHOE
                                         United States Attorney

            By:        *s/Anita M. Cream*
                    ANITA M. CREAM
                    Assistant United States Attorney
                    Florida Bar Number 56359
                    400 North Tampa Street, Suite 3200
                    Tampa, Florida 33602
                    (813) 274-6000 – telephone
                    E-mail: anita.cream@usdoj.gov