# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**v.**                                              **Case No. 6:26-CV-1134-CEM-LHP**

**ASSETS IDENTIFIED IN**
**PARAGRAPH ONE OF**
**VERIFIED COMPLAINT**

      **Defendants.**

## NOTICE OF PUBLICATION

The United States of America hereby advises the Court that notice of this civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

Date: June 23, 2026                    Respectfully Submitted,

                                    GREGORY W. KEHOE
                                    United States Attorney

           By:    *s/Anita M. Cream*
                   ANITA M. CREAM
                   Assistant United States Attorney
                   Florida Bar Number 56359
                   400 North Tampa Street, Suite 3200
                   Tampa, Florida 33602
                   (813) 274-6000 – telephone
                   E-mail: anita.cream@usdoj.gov

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION
## COURT CASE NUMBER: 6:26-CV-1134-CEM-LHP; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

The real property located at 5271 Isleworth Country Club Drive, Windermere, Florida 34786, titled in the name of Christopher Delgado, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lots 228 and 229, Isleworth, according to the map or plat thereof, as recorded in Plat Book 16, Pages 118 through 130, inclusive, of the Public Records of Orange County, Florida.

Property Identification Number: 16-23-28-3899-02280

(26-IRS-000219)

The real property located at 141 S. Phelps Avenue, Winter Park, Florida 32789, titled in the name of Christopher Delgado and Andie Delgado, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 14, Windsong - Lakeside Section One, according to the plat thereof as recorded in Plat Book 43, Page 70, Public Records of Orange County, Florida.

Property Identification Number: 08-22-30-9362-00140

(26-IRS-000220)

The real property located at 17416 Bal Harbour Drive, Winter Garden, Florida 34787, titled in the name of Habibi Holdings LLC, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 291, of Waterside on Johns Lake - Phase 2B, according to the plat thereof, as recorded in Plat Book 93, Page 65, of the Public Records of Orange County, Florida.

Property Identification Number: 06-23-27-8903-02-910

(26-IRS-000221)

The real property located at 222 Pawnee Trail, Kissimmee, Florida 34747, titled in the name of Christopher Delgado, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 280, Happy Trails Unit 4, according to the Plat thereof, as recorded in Plat Book 2, at Page 196, of the Public Records of Osceola County, Florida.

Property Identification Number: 20-25-27-3303-0001-2800

(26-IRS-000222)

The real property located at 189 S. Orange Avenue, Unit 1800S, 1810S, 1820S, and 1870S, Orlando, Florida 32801, titled in the name of Habibi HQ LLC, including all improvements thereon and appurtenances thereto and rights to approximately 30 associated parking spots, the legal description for which is as follows:

Unit Numbers 1810S, 1820S, 1800S and 1870S, of The Plaza South Tower Commercial Condominium, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 8820, Page 4417, and all exhibits and amendments thereof, and recorded in condominium Book 35, Page 67 and Condominium Book 40, Page 1, Public Records of Orange County, Florida.

Property Identification Numbers: 26-22-29-7157-18-000; 26-22-29-7157-18-100; 26-22-29-7157-18-200; and 26-22-29-7157-18-700;

Together with, by Assignment of Parking Easement Agreement, the rights to use and occupy the following parking spaces in the Parking Unit of the Plaza Land Condominium:

Parking Space Nos.: 768, 769, 770, 772, and 773 [5 spaces associated with Unit 1800S]

Parking Space Nos.: 658, 659, 660, 661, 664, 665, 666, 667, 668, 669, 670, 671, and 672 [13 spaces associated with Unit 1820S]; and

Parking Space Nos.: 727, 728, 760, 761, 762, 763, 764, 765, 766, 767, 788, and 789 [12 spaces associated with Unit 1870S];

(26-IRS-000223)

The real property located at 7333 Bella Foresta Place, Sanford, Florida 32771, titled in the name of Christopher Alexander Delgado, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 1, Bella Foresta Replat, a subdivision according to the plat thereof recorded in Plat Book 77, Pages 55 and 56, of the Public Records of Seminole County, Florida.

Property Identification Number: 27-19-29-505-0000-0010

(26-IRS-000224)

The real property located at 746 Cavan Drive, Apopka, Florida 32703, titled in the

name of Christopher Delgado and Andie Delgado, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 180, Breckenridge Phase II, according to the map or plat thereof, as recorded in Plat Book 68, Page(s) 150 through 153, inclusive, of the Public Records of Orange County, Florida.

Property Identification Number: 08-21-28-0881-01-800

(26-IRS-000225)

2025 Lamborghini Revuelto, VIN: ZHWUC1ZM9SLA02300, registered to Christopher Delgado (26-IRS-000226) which was seized from Christopher Delgado on or about May 21, 2026 in Orange County, FL

2024 Rolls Royce Ghost, VIN: SCATD6C02RU222648, registered to Goliath Ventures, Inc. and Christopher Delgado (26-IRS-000227) which was seized from Christopher Delgado on or about May 21, 2026 in Orange County, FL

2024 Bentley Bentayga, VIN: SJAHT2ZV0RC025272, registered to Christopher Delgado and Andie Delgado (26-IRS-000228) which was seized from Christopher Delgado on or about May 21, 2026 in Orange County, FL

2024 Lamborghini Huracan EVO Spyder, VIN: ZHWUT4ZFXRLA26330, registered to Goliath Ventures, Inc. and Christopher Delgado (26-IRS-000229) which was seized from Christopher Delgado on or about May 21, 2026 Orange County, FL

2025 Cadillac Escalade V, VIN: 1GYS9HR95SR147650, registered to Goliath Ventures, Inc. (26-IRS-000230) which was seized from Goliath Ventures, Inc. on or about May 21, 2026 Orange County, FL

2024 Lincoln Navigator L, VIN: 5LMJJ3TG2REL19131, registered to Goliath Ventures, Inc. (26-IRS-000231) which was seized from Goliath Ventures, Inc. on or about May 21, 2026 Orange County, FL

2017 Mercedes Benz C300, VIN: 55SWF4JBXHU230429, registered to Goliath Ventures, Inc. (26-IRS-000233) which was seized from Goliath Ventures, Inc. on or abbot May 21, 2026 in Orange County, FL

2023 Rolls Royce Cullinan, VIN: SLATV4C02PU217321, registered to Goliath Ventures, Inc. and Christopher Delgado (26-IRS-000234) which was seized from Goliath Ventures, Inc. on or about May 21, 2026 Orange County, FL

2022 Mercedes Benz Sprinter, VIN: W1X8EC3Y6NT121984, registered to Goliath Ventures, Inc. (26-IRS-000235) which was seized from Goliath Ventures, Inc. on or about May 21, 2026 Orange County, FL

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (May 24, 2026) of this Notice

on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, FL  32801-0120, and copies of each served upon Assistant United States Attorney Anita Cream, 400 West Washington Street, Suite 3100, Orlando, FL  32801, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant United States Attorney Anita Cream, 400 West Washington Street, Suite 3100, Orlando, FL  32801.  This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 24, 2026 and June 22, 2026.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ASSETS IDENTIFIED IN PARAGRAPH ONE OFVERIFIED COMPLAINT

**Court Case No:**       6:26-CV-1134-CEM-LHP
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/24/2026 | 24.0 | Verified |
| 2 | 05/25/2026 | 23.9 | Verified |
| 3 | 05/26/2026 | 24.0 | Verified |
| 4 | 05/27/2026 | 23.9 | Verified |
| 5 | 05/28/2026 | 23.9 | Verified |
| 6 | 05/29/2026 | 24.0 | Verified |
| 7 | 05/30/2026 | 23.9 | Verified |
| 8 | 05/31/2026 | 23.9 | Verified |
| 9 | 06/01/2026 | 24.0 | Verified |
| 10 | 06/02/2026 | 23.9 | Verified |
| 11 | 06/03/2026 | 23.9 | Verified |
| 12 | 06/04/2026 | 24.0 | Verified |
| 13 | 06/05/2026 | 23.9 | Verified |
| 14 | 06/06/2026 | 24.0 | Verified |
| 15 | 06/07/2026 | 23.9 | Verified |
| 16 | 06/08/2026 | 24.0 | Verified |
| 17 | 06/09/2026 | 23.9 | Verified |
| 18 | 06/10/2026 | 23.9 | Verified |
| 19 | 06/11/2026 | 23.9 | Verified |
| 20 | 06/12/2026 | 23.9 | Verified |
| 21 | 06/13/2026 | 23.9 | Verified |
| 22 | 06/14/2026 | 24.0 | Verified |
| 23 | 06/15/2026 | 23.9 | Verified |
| 24 | 06/16/2026 | 23.9 | Verified |
| 25 | 06/17/2026 | 24.0 | Verified |
| 26 | 06/18/2026 | 23.9 | Verified |
| 27 | 06/19/2026 | 24.0 | Verified |
| 28 | 06/20/2026 | 24.0 | Verified |
| 29 | 06/21/2026 | 24.0 | Verified |
| 30 | 06/22/2026 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.