UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                 Case No. 6:26-cv-1134-CEM-LHP

ASSETS IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT

## NOTICE OF SIMILAR CASE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States v. Christopher Alexander Delgado*, Case No. 6:26-cr-158-GAP-NWH, which has been assigned to United States District Judge Gregory A. Presnell.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:   *s/Anita M. Cream*
       ANITA M. CREAM
       Assistant United States Attorney
       Florida Bar Number 56359
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: anita.cream@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Anita M. Cream*
ANITA M. CREAM
Assistant United States Attorney
