UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                           **Case No.  6:26-cv-1134-CEM-LHP**

**ASSETS IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. It is

**ORDERED** that this case is transferred to the Honorable Gregory A. Presnell, with

his consent, for consideration with Case No. 6:26-cr-158-GAP-NWH.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record