**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                **Case No. 6:26-cv-1134-GAP-LHP**

**ASSETS IDENTIFIED IN**
**PARAGRAPH ONE OF**
**VERIFIED COMPLAINT**

    **Defendants.**

## ORDER TO DISMISS SPECIFIC VEHICLES

Before the Court is the Plaintiff's Motion to Dismiss the civil forfeiture case pursuant to Fed. R. Civ. P. 41(a)(2), for the following Defendant Vehicles:

    a.    2024 Bentley Bentayga, VIN: SJAHT2ZV0RC025272, registered to Christopher Delgado and Andie Delgado; and

    b.    2024 Lamborghini Huracán EVO Spyder, VIN: ZHWUT4ZFXRLA26330, registered to Goliath Ventures, Inc. and Christopher Delgado.

The Motion to Dismiss is **GRANTED** (Doc. 41).

This civil forfeiture case is dismissed, as to the United States' interest in the Defendant Vehicles identified above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 13th , 2026.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE