UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:26-cv-01134-GAP-LHP

UNITED STATES OF AMERICA

       Plaintiff,

v.

ASSETS IDENTIFIED IN
PARAGRAPH ONE OF
VERIFIED COMPLAINT,

       Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.02(a), non-party, NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, designates Marc J. Gottlieb of the law firm of Akerman LLP as lead counsel in the above-captioned matter.

Dated: July 22, 2026           Respectfully submitted,

                        */s/ Marc J. Gottlieb*
                        Marc J. Gottlieb, Esq.
                        Florida Bar No. 827819
                        AKERMAN LLP
                        201 East Las Olas Boulevard, Suite 1800
                        Fort Lauderdale, FL  33301-2999
                        Telephone: (954) 463-2700
                        Facsimile:  (954) 463-2224
                        E-Mail:  marc.gottlieb@akerman.com
                        E-Mail:  joyce.gutierrez@akerman.com

87713506;1

*Counsel for Newrez, LLC d/b/a Shellpoint Mortgage Servicing*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

*/s/ Marc J. Gottlieb*
Attorney

87713506;1